IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

THE H. T. HACKNEY CO., INC.                                        PLAINTIFFS

VS.                                           CIVIL ACTION NO.: 3:07CV8 DPJ-JCS

TOBACCO SHOPPE, INC.,
WILLIAM GLEN "BILL" CRAFT and
JOHN DOE DEFENDANTS 1-10                                        DEFENDANTS

## DEFAULT JUDGMENT AGAINST
## TOBACCO SHOPPE, INC. AND WILLIAM GLEN "BILL" CRAFT

THIS DAY this cause came on for hearing on Plaintiff The H. T. Hackney Company's Motion for Default Judgment pursuant to Fed. R. Civ. Proc. 55(b), and it appearing unto this Court that Defendants Tobacco Shoppe, Inc. and Defendant William Glen "Bill" Craft, jointly and severally, having been duly served with the Summons and a copy of Complaint in this action; having been given notice of these default proceedings, and not being an infant or an incompetent person; having failed to plead or otherwise defend and default having been duly entered, and said Defendants Tobacco Shoppe, Inc. and Defendant William Glen "Bill" Craft, jointly and severally, having taken no action in this proceeding since such entry of default was entered.

IT IS ORDERED AND ADJUDGED that the Plaintiff The H. T. Hackney Company is entitled to recover of, from and against Defendants Tobacco Shoppe, Inc. and Defendant William Glen "Bill" Craft, jointly and severally, the principal sum of $212,222.03, plus pre-judgment interest in the amount of 1.5% per month on the overdue balance of $15,916.65, plus attorney fees of 25% of the principal amount due in the amount of $53,055.50, and plus post-judgment interest at the legal rate and all costs of this action.

2089091.1/16362.26705

IT IS FURTHER ORDERED AND ADJUDGED, that Plaintiff The H. T. Hackney Company has a Default Judgment of, from and against Defendants Tobacco Shoppe, Inc. and Defendant William Glen "Bill" Craft, jointly and severally, the principal sum of $212,222.03, plus pre-judgment interest in the amount of 1.5% per month on the overdue balance of $15,916.65, plus attorney fees of 25% of the principal amount due in the amount of $53,055.50, for a total judgment of $281,194.18, plus post-judgment interest at the legal rate and all costs of this action., for all of which let execution issue.

SO ORDERED AND ADJUDGED, this the 4th day of May, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

Lisa A. Reppeto (MSB #99978)
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 North State Street (39202)
Post Office Box 427
Jackson, MS 39205
Telephone: (601) 949-4900
Facsimile: (601) 949-4804

2089091.1/16362.26705